IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANGELA C. LOEHNIG                                         PLAINTIFF

v.              CIVIL NO. 3:18-cv-3024-MEF

NANCY BERRYHILL, Acting Commissioner
Social Security Administration                                     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Angela Loehnig, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration. (ECF No. 1). On August 17, 2018, Plaintiff filed a Motion to Dismiss indicating she now concedes that substantial evidence supports the ALJ's decision denying benefits and wishes to dismiss the case without prejudice. (ECF No. 16). Accordingly, Plaintiff's Motion to Dismiss is granted, and the clerk directed to dismiss Plaintiff's case without prejudice.

DATED this the 21st day of August, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE